UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville


FILED

MAY 17 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Jimmy R Brown II )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

v. )

Grainger County Jail )
_____ )
_____ )
(Enter above the NAME of each
defendant in this action.) )

3:23-cv-175
Varlan / McCook

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit:

Plaintiffs: N/A

Defendants: N/A

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: **Grainger County Jail**

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? **Filed Requests then grievences on multiple occations.**

2. What was the result? **The Jail Administrator informed me he, or the jail, was not in any violation**

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? **The administrator denied me my rights through grievence, so I talked to several guards and the sherrif as well.**

2

2. What was the result? Noone ever gets back to me or allows me the denied Rights.

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Jimmy R Brown II

Present address: 270 Justice Center Dr Rutledge, TN 37861

Permanent home address: 519 Highland Springs Rd Rutledge TN 37861

Address of nearest relative: 357 Wilson Dr Rutledge TN 37861

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Chris Harville

Official position: Jail Administrator

Place of employment: Grainger County Sherriffs Department

C. Additional defendants: Grainger County Jail; Grainger Co Sherriffs Office.

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On Monday May 8th, 2023, I was pulled out

3

to be seen by Dr. Matthews. While in the medical office, Officer/Administrator Chris Harville was present and denied my right to meet with the Doctor in confidence as granted by HIPPA. He even interjected his thoughts and opinions into my medical treatment.

Count 2

On 4/24/23 and 3/23/23. I requested a confidential legal call to my lawyer and was told to use the (recorded) pod phone.
On 4/24/23 I grieved the issue; at which the jail administrator responded, "We are only required to give you one phone call when you come to jail."

Count 3

Due to mold (Black) and some sewege problem causing unbearing smell, I am forced to live in unhumane enviroments. (grievence filed)

Count 4

My property is not siezed; yet, I am denied to release it to my family. (Request/Grievence)

Count 5

I am an indigent state inmate, yet charged for hygene and to be booked, medical ect... (Grievence) In violation of Constitution.

4

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I wish to be compensated for these violations as well as bring relief to future men and women dealing with these issues.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _Twelve_ day of _May_, 20_23_.

_____
Signature of plaintiff(s)

5