UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JIMMY R. BROWN II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:23-CV-175-TAV-JEM ) |
| GRAINGER COUNTY JAIL, CHRIS HARVILLE, and GRAINGER COUNTY SHERIFF'S OFFICE, | ) ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

Because the Court **CERTIFIED** in the Memorandum and Order that any appeal from this Order would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* should he choose to appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to **CLOSE** the file.

ENTER:

                                                        s/ Thomas A. Varlan
                                                        UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    LeAnna R. Wilson
   CLERK OF COURT